[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

————————

No. 13-11614
Non-Argument Calendar

————————

D. C. Docket No. 9:10-cv-80769-KAM

RICHARD JAIMES,

Plaintiff-Appellee,

versus

GEICO GENERAL INSURANCE COMPANY,
a corporation,

Defendant-Appellant.

————————

Appeal from the United States District Court
for the Southern District of Florida

————————

(October 29, 2013)

Before DUBINA, MARTIN and FAY, Circuit Judges.

PER CURIAM:

This appeal involves attorneys' fees.  Defendant-Appellant GEICO General Insurance Company's ("GEICO") sole argument on appeal is that if the final judgment entered by the district court is vacated as requested by GEICO in appeal No. 124427, the award of attorneys' fees to Appellee Richard Jaimes ("Jaimes") should likewise be vacated.  Because our court has affirmed the final judgment in appeal No. 12-14427, *see Jaimes v. GEICO General Insurance Co.*, Nos. 12-14427 & 13-10847 (11th Cir. Aug. 15, 2013), we also affirm the district court's order awarding attorneys' fees to Jaimes in the present appeal (No. 13-11614).

**AFFIRMED**.